**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 25, 2021

*By ECF and by e-mail*

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Jonel Van Demark*, 13 Cr. 919 (LGS)

Dear Judge Schofield**:**

    I write on consent (Ass't U.S. Attorney Andrew Jones) to respectfully request that the Court adjourn the supervised-release conference currently scheduled for April 29, 2021 at 11:30 a.m., to a date after May 10, 2021 that is convenient for the Court. The reason for the request is that I am scheduled to begin trial in front of Judge Castel on April 27, 2021. If the Court is holding in-person conferences, I respectfully request that this be scheduled as one. If not, we will also be able to proceed remotely.

                                Respectfully submitted,

                                  /s/
                                Martin S. Cohen
                                Ass't Federal Defender
                                (212) 417-8737

Cc:    Andrew Jones, Esq., by ECF and e-mail
         Charnice Perez, U.S. Probation Officer

Application Granted. The status conference currently scheduled for April 29, 2021, is adjourned to **May 24, 2021, at 12:00 p.m.** in Courtroom 1106 of the Thurgood Marshall Courthouse. Members of the public may attend by dialing the audio-only line, (888) 363-4749, using Access Code 558-3333. The Clerk of the Court is directed to terminate the letter motion at docket number 48.

Dated: April 26, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE