UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
UNITED STATES OF AMERICA

        Plaintiff,

  -against-

JONEL VAN DEMARK,

        Defendant,
------------------------------------------------------------X

13 Cr. 919 (LGS)

ORDER MODIFYING
SPECIAL CONDITIONS
OF SUPERVISION

LORNA G. SCHOFIELD, District Judge:

WHEREAS a conference was held before the Court on March 24, 2021. It is hereby,

**ORDERED** that Defendant's Special Conditions of Supervision are modified to include the following condition. The defendant shall be monitored by location monitoring for a period of sixty (60) days, using specific technology (other than an ankle monitoring device) to be determined by the Probation Department. The defendant is restricted to his residence every day from 8:00 p.m. to 8:00 a.m. or as directed by the supervising officer (curfew). The defendant shall abide by all technology requirements and shall pay all or part of the costs of participation in the location monitoring program, as directed by the Court and supervising officer.

Dated: May 26, 2021
   New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**